No. 331. LOUIS GATTO *v.* UNITED STATES; and
No. 332. DOROTHY GATTO *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of

Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.